UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD BRIGHAM, ) | NO. CV 09-5537 VBF (FMO) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| LINDA SANDERS, Warden, ) | |
| ) | |
| Respondent. ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: December 22, 2009.

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE